IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| GEORGE WALTER BREWSTER, III, | * |
| Petitioner, | * |
| v. | Case No. 4:24-cv-92-CDL-AGH |
| | * |
| SHERIFF GREG COUNTRYMAN, *et al.*, | |
| | * |
| Respondents. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated 11/5/2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of November, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk